UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SHAW,<br><br>    Petitioner,<br><br>v.<br><br>CHANCE ANDES, Acting Warden,<br><br>    Respondent. | Case No. 5:22-cv-00669-FLA (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DENY HABEAS PETITION** |

In accordance with 28 U.S.C. § 636, the court has reviewed the filed Report and Recommendation ("R&R") to Deny Habeas Petition, any pertinent records as needed, and Petitioner's objections (ECF 28, 30).[1] The court has reviewed *de novo* those identifiable portions of the R&R to which Petitioner has timely and properly objected. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

---

[1] Petitioner initially filed his objections with a Request for Judicial Notice, which the court previously addressed. (ECF 28–29). Petitioner has since clarified that he intended the arguments presented in his request for judicial notice as objections to the R&R (and at the same time provided a few supplemental points). Dkt. 30 at 1. The court, therefore, construes the arguments made in Petitioner's Request for Judicial Notice and later-filed response as his complete set of objections to the R&R.

In doing so, the court has declined to consider any arguments raised for the first time only in the objections. *See United States v. Howell*, 231 F.3d 615, 621-23 (9th Cir. 2000). It has also declined to consider any blanket or boilerplate objection to the final disposition recommended in the R&R. *See McCullock v. Tharratt*, 2017 WL 6398611, at *1 (S.D. Cal. Dec. 15, 2017).

Concluding that nothing in Petitioner's objections affects the material findings and conclusions in the R&R, the court accepts the recommendation and orders that the petition under 28 U.S.C. § 2254 be DENIED. Judgment dismissing this action with prejudice will be entered accordingly.

IT IS SO ORDERED.

Dated: February 18, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge