JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SHAW,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>CHANCE ANDES, Acting Warden,<br><br>　　　　　　　Respondent. | Case No. 5:22-cv-00669-FLA (SK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, it is adjudged that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED and that this action is DISMISSED with prejudice.

　　　IT IS SO ORDERED.

Dated: February 18, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　United States District Judge